# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMON CAMEL

NO. 2023 KW 0454

**JULY 5, 2023**

---

In Re:    Damon Camel, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-03-714.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's motion for production of documents, filed on October 20, 2022, on or before August 4, 2023, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before August 11, 2023.

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT